# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BECEN PADRON,**

               **Plaintiff,**

**-vs-**                                                **Case No. 6:11-cv-857-Orl-18DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

               **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration of Plaintiff's failure to respond to the Court's Order to Show Cause entered on January 12, 2012. Doc. 17. The Scheduling Order required Plaintiff to file his brief by October 25, 2011. Doc. 13. Plaintiff did not file his brief as required. Consequently, the Commissioner has not filed a responsive brief. *See* Doc. 16.

On January 12, 2012, Plaintiff was ordered to show cause in writing within 14 days, or by January 26, 2012, why his appeal should not be dismissed for failure to prosecute his case and failure to follow Court orders requiring his brief be filed by October 25, 2011. Doc. 17. Plaintiff has failed to file a response within the response period. Therefore, it is respectfully **RECOMMENDED** that Plaintiff's social security appeal be dismissed for failure to prosecute.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 3, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy