UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BECEN PADRON,

        Plaintiff,

V.                                               Case No: 6:11-CV-857-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY

        Defendant.

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation on plaintiff's failure to respond to the Court's Order to Show Cause entered on January 12, 2012. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The social security appeal filed by the plaintiff is **DISMISSED** for failure to prosecute. Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___27___ day of February, 2012.

                                                         G. KENDALL SHARP
                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties