# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BECEN PADRON,

        **Plaintiff,**

V.

                                               **Case No: 6:11-CV-857-Orl-18DAB**

COMMISSIONER OF SOCIAL
SECURITY

        **Defendant.**

---

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation on plaintiff's failure to respond to the Court's Order to Show Cause entered on January 12, 2012. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The social security appeal filed by the plaintiff is **DISMISSED** for failure to prosecute. Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this _____ day of February, 2012.

                                              G. KENDALL SHARP
                         SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties