# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BECEN PADRON,**

          **Plaintiff,**

**-vs-**                                            **Case No. 6:11-cv-857-Orl-18DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO REOPEN CASE (Doc. No. 20)**
>
> **FILED:**      **March 20, 2012**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

The Scheduling Order required Plaintiff to file his brief by October 25, 2011. Doc. 13. Plaintiff did not file his brief as required. Nor has he ever filed his brief in this Court. *See* Doc. 18. Plaintiff also did not respond to an order to show cause why the case should not be dismissed entered on January 12, 2012 (Doc. 17) and did not file objections to the Report and Recommendation to dismiss the case entered on February 3, 2012. Doc. 18. The District Judge dismissed the case for lack of prosecution on February 27, 2012. Doc. 19.

On March 20, 2012, Plaintiff filed a Motion to Reopen his case. Doc. 20. Plaintiff has offered no explanation for waiting four months until February 22, 2012[1] to take any action, albeit ineffective when his brief was due on October 25, 2011. Moreover, he still has not tendered the brief that was due on October 25, 2011. Though the Court strongly prefers to decide cases on their merits, the failure of the Plaintiff, even now, to meet the essential requirements in order for the Court to proceed amounts to abandonment of the action.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 28, 2012.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

---

[1] Plaintiff apparently sent a misdirected, undated letter to the Clerk of Court, which was not received until March 20, 2012. Doc. 20-1. He sent a letter to the U.S. Attorney's office on February 22, 2012, which was never filed in the Court, except as an exhibit to the Motion to Reopen on March 20, 2012. Doc. 20-1.