# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BECEN PADRON,

                    Plaintiff,

-vs-                                                                                                               Case No. 6:11-cv-857-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

___

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO REOPEN CASE (Doc. No. 20)
>
> **FILED:** March 20, 2012
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

The Scheduling Order required Plaintiff to file his brief by October 25, 2011. Doc. 13. Plaintiff did not file his brief as required. Nor has he ever filed his brief in this Court. *See* Doc. 18. Plaintiff also did not respond to an order to show cause why the case should not be dismissed entered on January 12, 2012 (Doc. 17) and did not file objections to the Report and Recommendation to dismiss the case entered on February 3, 2012. Doc. 18. The District Judge dismissed the case for lack of prosecution on February 27, 2012. Doc. 19.

*[Handwritten stamp on left margin: Approved by order of / KENDALL SHARP / U.S. DISTRICT JUDGE / 4/13/12]*